Steven Le'Roy Jackson
Steven Jackson
441 Bauchet St.
L.A. Ca. 90012
4500 / B 8

**LODGED**
CLERK, U.S. DISTRICT COURT

7/3/14

**CENTRAL DISTRICT OF CALIFORNIA**
BY: _____ ES _____ DEPUTY

United States District Court
Central District Of California

| | |
|---|---|
| Steven Le'Roy Jackson<br>Plaintiff | Case Number: |
| | **CV14-5219**   PLA |
| V. | |
| Jackie Lacey, Justice Division<br>Integrity Squad, Dept. 112 and<br>Dept. S    Defendants | Civil Rights Complaint<br>Pursuant To<br>☒ 42 U.S.C. § 1983 |

A. Previous Lawsuits

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ yes ☐ NO

2. If your answer to "1" is yes, how many? _____

Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

## "Declaration"

I Steven LeRoy Jackson, declare as follows:

1. I am wholly indigent and cannot afford the materials necessary to write copies of this document and I do not have access to a photocopier. I declare under penalty of perjury that the foregoing is true and correct.

<u>Steven Jackson</u>

a. Parties to this previous lawsuit:
   Plaintiff   Steven Jackson


   Defendants



b. Court


c. Docket or case number

d. Name of judge to whom case was assigned


e. Disposition (For example: Was the case dismissed? If
   so, what was the basis for dismissal? Was it appealed?
   Is it still pending?)


f. Issues raised:

g. Approximate date of filing lawsuit:

h. Approximate date of disposition:

B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure at the institution where the events relating to your current complaint occured?
☐ yes ☒ NO

2. Have you filed a grievance concerning the facts relating to your current complaint? ☐ yes ☒ No
If your answer is no, explain why not _____
Note: Such is not necessary because state proceeding is inclusive of Harassment, Vindictive and Bad Faith Prosecution and state rules that violate federal law (Lebbar Vs. Judges (9th Cir. 1989) 883 F. 2d. 810, 814)

3. Is the grievance procedure completed? ☐ yes ☒ No
If your answer is no, explain why not.
*Please See #2 Above*

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff  Steven Le Roy Jackson  who presently resides at 441 Bauchet SE  (4500 / B-8) Los Angeles, California, 90012  were violated by the actions of the defendants named below, which actions were directed against Plaintiff  at California Municipal Court Dept. 112 and California Superior Court Dept. NorthWest S. at Van Nuys Superior Court 14400 Erwin St. Mall, Van Nuys, Ca. 91402. Justice Division Integrity Squad, and their employer Jackie Lacey.

## D. CLAIMS

### CLAIM 1

Civil Rights have been violated . . .

1. The persons employed by the defendant, county and state entities have refused to ensure, that the Plaintiff is accorded with procedural justice, including all persons including the defendant.

\* The term: "Persons" as used by Plaintiff herein, includes all individuals / persons named as defendants in this case, but not limited thereto.

2. Persons employed by the defendant County and State entities have been refusing to ensure that the Plaintiff's prosecution is in compliance with the requirements of the U.S. Constitution 4th, 5th, 6th and 14th Constitutional Amendments.

-4-

3. Persons employed by the Defendants California Superior Court and County of Los Angeles refuse to ensure that the prosecution is conducted in accordance with Federal Law, not withstanding State law to the contrary... This includes the defendants Jackie Lacey and the Integrity Squad.

4. The prosecutors employed by defendant County of Los Angeles have refused and refuses to ensure that the Plaintiff is accorded procedural justice.

5. Harassment is present in the Plaintiff's underlying prosecution. It is inclusive of vexatious, wanton & oppresive conduct.

6. Plaintiff is being forced to represent his defense in the absence of competent assistance and materials necessary to represent an adequate and effective defense.

7. Plaintiff's U.S. Constitution 14th Amendments Equal Protection of the Law, as described by "Flowers Vs. Seki (9th Cir. 1998) 45 F. Supp. 2d 794, 803" via Bad Faith Prosecution, harassment.

8. Malicious and Vindictive Prosecution is present in denying Plaintiff equal protection of the Law. (Freeman Vs. City (9th Cir. 1985) 68 F. 3d 1180, 1189)

9. Judge Jesic does not perform Judicial duties without bias and or prejudice and has not provided the Plaintiff the opportunity to have his matters fairly adjudicated in accordance with law.

It is not necessary to address and seek remedy for the Federal violations herein via State remedies because the proceeding is inclusive of "Bad Faith Prosecution", "Harassment" and state provisions which "Violate Federal Law" pursuant to Lebbos Vs. Judges (Supra) @ 814; and Middlesex Vs. Garden(1982) 457 U.S. 423, 432.

Exhauston of State Administrative Remedies is not a pleading requirement under 42 U.S.C., § 1997e and Plaintiff must be allowed to proceed in the absence of pleading or defendant objection. (Wyatt Vs. Terhune (9th Cir. 2001) 280 F. 3d. 1238, 1245   Henderson Vs. Ayers (9th Cir. 2007). 476 F. Supp. 2d. 1168; 1170 - 1171

10. The state laws have been broken and have been applied to the Plaintiff in an invidiously discriminatory manner by the defendant and her employees in violation of the Plaintiff's state and Federal Constitutional Rights to due process and equal protection of laws. In Dept. Northwest S. the Plaintiff is being prosecuted by the judge, counsel and the prosecutor.

# * Supporting Facts *

Include all facts you consider important. State the facts clearly in your own words, and without legal authority or argument. Be certain you describe, in seperately numbered paragraphs, exactly what each defendant (by name) did to violate your rights.

## Fact 1

1. On 2/27/14 Plaintiff mailed a complaint to the Justice Division Integrity Squad detailing that the Plaintiff is being prosecuted in a deliberate and heinous manner in violation of his State and Federal Constitutional Rights. To include but not limited to vindictive, malicious and bad faith prosecution, harassment, oppression, suppression of material evidence from the police Dept. Fabrication of evidence, denial of Pro Per status, intentional denial of Speedy Trial, ineffective assistance and conflict of interest of Counsel. Filing false charge, fabricated violation of a Restraining Order which resulted in Plaintiff being placed in K-10 status without a hearing, without his knowledge and without being represented by Counsel... an abuse of authority in the performance of judicial duties.

2. There were actually four parts to this complaint. But since the Integrity Squad and Jackie Lacey deals with the complaints of prosecutors; and a prosecutor should supervise his or her agents and is the guardian of the constitutional rights of everyone even criminal defendants... I sent them

the prosecutorial complaint. I sent the bar association the section on the complaints of the state appointed counsels on 3/11/14 and sent the complaint of judicial misconduct to the Commission On Judicial Performance out on 3/4/14. I sent a duplicate copy to the Integrity Squad / Jackie Lacey on 3/20/14 not having received any reply.

3. 4/16/14 I received letters from the George Town Law Journal, The Commission on Judicial Performance and the Integrity Squad / Jackie Lacey but no word from the bar association.

4. The Integrity Squad was the only agency that I heard back from that offered no assistance. Their advice was to make your complaints known to counsel and the judge. Well the complaint detailed the prosecutions failure to ensure the Plaintiff's rights; this cannot be done without the aid of an ineffective counsel and a judge who acts in excess of judicial authority and deliberately disregards fairness and due process.

5. Regardless of what I thought, I followed their instruction to the letter... And this is what happened:
3/10/14 Attorney visit by video phone... Counsel would not cooperate with the Plaintiff telling her about the fabrication of transcript and other misconduct. Counsel already knew about the restraining order lie, but seemed

afraid to do anything about it. As if she had been warned not to do anything. 3/20/14 Counsel no showed to Court

6. 3/24/14  Court: In the attorney booth prior to going into court the Plaintiff attempted to ask counsel if she has reviewed the evidence on the prosecutors fabrication of the phone transcripts. Well all of a sudden counsel turns into this 3rd grader who knows nothing about the law. Can't figure anything out and has no clue how to locate anything on the telephone script. Counsel now starts this farce about forensic testing of evidence... to see if I am telling the truth. I simply tell her... get your head out of your ass and play the phone recordings and read along with a copy of the phone script. Now she acts so hurt that she cannot continue. So in court I asked to represent myself... THAT WAS DENIED.* I asked the judge to allow me access to my file that it was the law and the judge said, "No, that there was no such law, that he was the master of the law not me."

7. 4/1/14  Attorney visit via video phone call. Counsel refuses to do any legal work whatsoever. Her only stance is to push for this bogus forensic evaluation. When I tell her again play the tape... she tells me judge Jesic put her up to it. I discontinued the conference.

8. 4/9/14 Court: Again nothing is being done, and nothing has been done. Feb. 11, 2014 the Plaintiff had given counsel a motion to dismiss to file with the

-9-

court that would also offer some insight into this case and it also detailed the fabrication of evidence. Counsel has done nothing with this information. During court all the judge and counsel address is this forensic testing farce and waiving time. I object and state again to counsel to play the DVD and read the script, because it is a fact that this whole dissuading change is a scam. The transcripts does not reflect what's on the actual phone conversation.

9. Also on 4/9/14 in the Attorney conference booth counsel showed the Plaintiff a pink copy supposedly of a Restraining Order that she tried to claim the Plaintiff had received. The Plaintiff HAS NEVER RECEIVED A RESTRAINING ORDER IN THIS CASE. So if one has been placed in my file it does not belong there. It is acts such as these that makes counsel unwanted.

10. 5/5/14  Attorney video conference... counsel refuses to do anything except push for this forensic testing. Now she is calling it a clinical test. I am absolutely feed up with this counsel. It is as if I am fighting against 3 prosecutors. Counsel is simply oppressing, harassing and taking her orders from judge Jesic to do so.

11. 5-6-14  Court... Requested to get rid of counsel. Judge ordered a Marsden hearing. I told the judge Jesic about counsel refusing to do anything regarding my defense. I told him about the prosecutor fabricating evidence, knowing using perjured testimony to add a change to my case after a dismissal. The Plaintiff had waived time to allow counsel to

-10-

familiarize herself with the case. *Remember Counsel was forced upon me. I told the judge that all she had to do was play the phone conversations and read along with the script. The judge Jesic asked her if she had listened to the phone conversations, "she said that she had not." Here we have 5 months and she has done absolutely nothing about this case; she has done nothing about the facts that I submitted to her in the motion; nothing about the prosecutorial misconduct.

12. 5-6-14  Court... judge Jesic's reply once I officially stated in open court about the prosecutor fabricating evidence, knowingly using perjured testimony to add a charge to Plaintiff's case after a dismissal... "I have never heard anything like this in all my years on the bench." He did and has not done anything about it.

13. 6-10-14  Court: The one thing counsel will do is lie... She tells the judge Jesic that the Plaintiff refuses to work with her. Quite the contrary it is counsel who refuses to do anything and then when she gets in court she puts on this counterfeit personality like she wants to save the world. Counsel and the judge Jesic want the Plaintiff to just sit in court like a puppet whenever they speak. The judge stopped court proceedings and started ordering psych evaluations. I objected so that I could speak and was told that I could not object by judge Jesic. I told judge Jesic that I had the right to speak and he said, "I did not have the right to speak."

-11-

court that would also offer some insight into case and it also detailed the fabrication of evidence. Counsel has done nothing with it. In court all the judge and counsel address is forensic testing and waiving time. I object and state again to counsel play the tape and read the script.

9. 5/5/14  Attorney video conference... counsel refuses to do anything except push for this forensic testing. Now she is calling it a clinical test. I am absolutely feed up with this judge, counsel and his lawless farce that is called a Court Room. I discontinue the conference. This counsel is absolutely doing absolutely nothing for my case. Counsel is simply oppressing, harassing and taking her orders from the judge to do so.

10. 5/6/14 Court  Requested to get rid of Counsel... judge ordered a Marsden hearing. I told the judge about counsel refusing to do anything. I told him about the prosecutor fabricating evidence, knowingly using perjured testimony... and counsel refusing to do anything. The Plaintiff waived time to allow this Counsel (who was forced upon him) to familiarize herself with the case. During court when asked if she had listened to the phone conversations in question she said, "No!" Here we have five months that have passed and she has done absolutely nothing.

-10-

about this case... nothing about the facts that I submitted to her in the motion, nothing about the prosecutorial misconduct.

11. 5-6-14 Court: Judge Jesic stated "that he had never heard anything like this in all his time on the bench." Refering to fabricating evidence, knowingly using perjured testimony, etc.

12 6-6-14 Attorney visit via video phone call. Counsel only wishes to address clinical testing. I have a case to defend, I have an obligation to myself and the right to manage my own defense. I sit in a tiny little cell waiting for the opportunity to discuss my case with counsel and to build a defense. And since my Pro Status has been stolen from me with the act of prosecutorial and judicial misconduct I am not being allowed to defend myself. So when counsel month in and month out merely waste my time and as though my facts are just mere claims, and refuses to cooperate in any manner towards a defense then she is not the defense attorney guaranteed to me by the Constitution.

13. 6-10-14 Court: The one thing Counsel does is lie.... and she is not very good at that. She tells the judge that the Plaintiff refuses to work with her, when actually it is Counsel that refuses to do anything and expects me to just sit there like a puppet whenever she speaks. The judge stopped court proceedings and started ordering psych evaluations for the Plaintiff. I objected so that I could speak and was told that I could not object, by judge Jesic. I told judge Jesic that I the right to speak,

judge Jesic said," no. that I did not have the right to speak."

14. The Plaintiff has done what the Justice Division Integrity Squad ordered him to do. Inform counsel Judith Greenberg and judge Jesic of the prosecutorial complaint. The judge pretended he knew nothing of the prosecutorial misconduct, he knew all along. This is why the laws have been broken and have been applied to the Plaintiff in an insidiously discriminatory manner by the prosecution in violation of the Plaintiff's state and Federal Constitutional Rights to due process and equal protection of the law. In Dept. NorthWest S. The Plaintiff is fighting judge Jesic, the counsel Judith Greenberg and the prosecutor Angela Jordan. That makes 3 prosecutors.

15. THIS IS THE COMPLAINT SENT TO THE JUSTICE DIVISION
INTEGRITY SQUAD

Statement of Facts: I  Complaint I
Case Name: People vs. Steven Jackson
Van Nuys, Ca. Dept. 112  Karen J. Nudell, Judge
Public Defender: Lara   Deputy District Attorney (name Unknown)
L.A.P.D. Officer Oswaldo Pedemonte #33181

1A At the Preliminary hearing 10/23/13 the case was going to be dismissed. The prosecution then stated that they had in their possession telephone conversations that the Defendant had dissuaded the witness. I stated to Lara (public defender) that I had not. He pleaded with me to waive time so that he could listen to the DVD of

- 12 -

the phone conversations. His exact words, " Please allow me to do my job." So I waived time until 10/31/13.

1B The public defender Lara claimed that I had 5 new charges of dissuading a witness and now I was facing 19 years in prison if I did not take the peoples' offer; 3 years with half. I had asked to listen to the DVD and was told no, I had asked to at least have the phone recordings transcribed so that I could argue my point in court. LARA, said, "NO." He claimed that he had worked with this prosecutor for four years and she has yet to be wrong. So on 10/31/13 I asked to think the offer over. 11/5/13 I declined the People's offer in open court. The District Attorney got visibly angry and shouted this threat at the Defendant," If you do not take this offer that is on the table, I will refile increasing the charges by adding at least 5 new charges of dissuading a witness." She would also add enhancements, I still declined the offer.

1C The Prosecutor then went on to claim that I had violated a Restraining Order. I told the Judge (Karen J. Nudell) that I had never been issued a Restraining Order; not by this Court, not by the prosecution, nor by the court Appointed public defender LARA. The judge claimed that I had been issued one... I stated again and again that I had never been issued a Restraining Order and if I had then show me a copy with my signature on it. Judge Nudell then asked the prosecutor if this was true, that I had never been served a Restraining Order? The prosecutor froze and said, "No," while trying

-13-

to cross over to the Defendant saying to the judge, "I'll just hand him one." Judge Nudell said, "No!" "If you do that I will have to stop proceedings and then have to read it to him, make sure he understands and then have him sign it... that's the law!" "This is going to take time and today I have a very busy calendar and do not have the time."

1D  Again the prosecutor tried to cross over to the Defendant, "saying let me just hand him one." The judge again said, "NO!" "I don't have the time." Then she asked the public defender if he had a copy of the Restraining Order... he slowly opened his folder as if looking for a copy, he shook his head without looking up and said, "No"... that he did not have a copy of the Restraining Order. I then asked Judge Nudell when was I to be issued one? She never answered me... I was snatched out of court while still asking questions.

1E  I later came back into court to answer questions on representing myself... again the Restraining Order issue was side tracked.

1F  I was then given discovery... a DVD which claimed to have jailhouse recordings of me dissuading a witness. The DVD when played was inaudible, garbled and absolutely worthless. * Note there was also a police report and police misc. papers. * Note No restraining order copy. If one is currently in my file it does not belong there.

1G  11/15/13  At the 2nd preliminary hearing (1st case dismissed) Police Officer Oswaldo Pedemonte #33181 testified that he had heard the Defendant say on the

DVD) (preliminary hearing transcript page 44, line 7 and 8) "it was verbatim from the transcript, that I was looking at, at the same time." He was referring to listening to the DVD.

1H   Well if we read the transcript and play the actual telephone conversation then you will find that text 61, page 4, line 1-7 are fabricated, and so is text 62, page 5, line 10-24. These lines are not on the actual tape. So the L.A.P.D. Officer could not have heard this on tape while he read it from the transcript.

1I   You see we (the Alleged victim and the Defendant) never knew that this particular Prosecutor had an extra court date which extended to Wednesday the 23rd. We only knew about Monday's preliminary hearing. We were both surprised to find out that there was another court appearance on Wednesday... *see phone transcript text 72, page 2, line 23. *Note... this is a phone call made Monday evening Oct. 21/13 The 1st mention ever of court on Wednesday by the Defendant.

1J   So what the Defendant is stating is there never was a dissuading a witness. There never was and not even to this day a Restraining Order issued. The District Attorney in the 1st case stepped down after giving the Defendant the bogus DVD; after never serving the Defendant with a Court Ordered Restraining Order; after threatening the Defendant with refiling and increasing the charges to include 5 counts of dissuading a witness and enhancements if he refused to take a deal. THIS IS VINDICTIVE PROSECUTION.

-15-

1J <u>Statement Of Facts II   Complaint II</u>

Case Name: People <sup>Vs.</sup> Steven Jackson
Dept. 112  Karen J. Nudell (Judge)
Dept. NorthWest S. M. Jesic (Judge)
District Attorney in Dept. 112 who stepped down (name unknown)
Transcriber: Phone Script Tara Juhl
District Attorney: Angela Jordan #201455
L.A.P.D. Officer: Oswaldo Pedemonte #33181

1K  I was Pro Per from 11-5-13 to 1-21-14. After the preliminary
hearing on 11/15/13 the Defendant requested all discovery from
the prosecutor Angela Jordan. She never gave the Defendant
the telephone transcript! She also tried to push for a violation
of a court Ordered Restraining Order. Judge Nudell calmly
side tracked the issue. * Please see Preliminary Hearing
Transcript page 48, line 5-13 and page 49, line 2-14. I told
the Judge again that I never been issued a Restraining
Order, she seemed not to care. The prosecutor then pushed
for a charge of 136.1 dissuading a witness as a felony...

1L  December 30, 2013 in NorthWest S. Court... the Defendant requested
by motion to have phone conversations transcribed. This request
was denied. I was told that the prosecutor would have them done
for me. I objected that this was improper because the prosecutor
would change the testimony. Judge Jesic claimed that it would not
happen.

1M  The District Attorney Angela Jordan #201455 on 1/21/14 presented

in court that the phone transcript is a true copy of taped recordings. IT IS NOT! Parts of the transcript have been changed and yet other statements have been added that never existed (entire conversations). If we play the tape and take a look at the transcripts it would exclude some exonerating statements by the alleged victim including a denial of having ever had any bruising or marks to her body. A statement that clearly helps the Defense. The prejudice by the District Attorney's omission and fabrication of statements of the recordings is multiple.

1 N   The District Attorney Angela Jordan presented the Defendant's private investigator with a DVD of phone conversations... that could not be opened. A downloaded program with a passcode is required. This complaint was brought to the attention of Judge Jesic... but absolutely nothing was done to resolve the issue.

1 o   On January 21, 2014 day 10 of 10 to trial denied my Pitchess Motion. He stated on 12/2/13 that he would do an in camera review to be consistent with procedure. This he never did, he flatly denied it. I then informed the court, that the alleged victim had filed a claim against Officer Pedemonte #33181 with the Internal affairs, (L.A.P.D) (213-485-4152) Complaint CF No. 14-000181), for fabricating the police report. Judge Jesic got visibly angry. Then the District Attorney Angela Jordan handed Judge Jesic a note... nothing was said! Now furious Judge Jesic cancelled my Pro Per phone privileges... by not allocating me any funds, He then left the bench, cancelled my investigator,

ordering him to destroy any and all evidence of ever having had any contact with the Defendant. He returned and accused me of violating a Court Ordered Restraining Order.

1P He then took my Pro Per status and without my knowledge placed me in the hole on K-10 status. He canceled my speedy trial and has forced me to accept counsel against my wishes. I repeatedly objected. My point is Angela Jordan #201455 the District Attorney knows that I have never been issued a Restraining Order. Yet she never uttered a word... to correct the Court. I pleaded with the judge to check the record. He claimed that I was issued one on 10/8/2013 WHICH IS NOT TRUE! I was snatched out of Court while I was still talking.

1Q All the motions that I had requested to properly prepare this case for trial were all denied... by Judge Jesic.

1) Pitchess Motion: the judges reasoning for it's denial, "who was I to be poking around in his file."

2) Transcribe Expert: Denied! Judge Jesic said, "The Prosecutor will have them done for you." This is improper! The District Attorneys which includes Angela Jordan #201455 and the 1st District Attorney from the 1st case with Tara Juhl have omitted, added and fabricated statements of the recordings... this is multiple. * See next set of pages: Jail House Phone Calls.

3) Domestic Violence Expert: Denied! Judge Jesic claimed that she was not a Domestic Violence Expert. THIS NOT TRUE! She states that she is an expert in Domestic Violence and this

-18-

is posted in the Law Library. She is one of two women who advertise as such. I had even contacted her.

4) Motion to obtain Court Minutes from Judge Nudell Dept. 112 was denied. Note: (that would show proof that a Restraining order was never issued to Defendant.) Judge Jesic's reasoning... "It cost too much, pay for it yourself." Even when I modified my request to one court day... this too was denied.

1R   ✳ Jail House Phone Calls from Defendant to Laurence ✳ Transcribed by Tara Juhl Fabricated Text will be noted! Prosecutors Knowingly used Perjured Testimony...

10/15/13

| | |
|---|---|
| page 4  Text 24  Line 24 | The 1st mention by defendant of going to Court on the 21st of Oct.(13) ✳ Any mention of Wednesday the 23rd before Court on Monday the 21st is Fabricated Transcript by the D.A. |
| page 14  Text 34  Line 11-14 | Alleged Victim never said, "Butt." This has been added in by the D.A.{Tara Juhl |
| page 14  text 34  Line 16-21 | Fabricated liner - All Lies! |
| page 15   text 35  Line 11-12 ✳This is what's on the original tape...that cuts thru all the lies added in by the D.A. | There are Omitted lines between 11-12. I asked her if she had any bruises (marks) and she stated, "No!" W/o hesitation. ✳This is what the D.A. is hiding! |

| IS | 10/16/13 | |
| | page 3  text 12   Line 5 | *Remember Defendant only mentioned 10/21/13 as the Court date! |
| | page 3  text 60  Line 22-25 | No coercion! Only mentioned 10/21/13 as the Court date. |
| | page 5  text 62  Line 1-7 | Fabricated Script by D.A. office! *Note: We only knew of Court on Monday! |
| | page 5  Text 62  Line 10-24 | (A LIE!) More Fabricated Script! This was never said! Also *Note: I do not talk this way! Again we never knew there was Court on Wednesday. |
| | *PLEASE PLAY THE TAPE (DVD)! | |
| | page 9  Text 18  Line 5-21 | More Fabricated Script... Altered Script! |
| | 10/17/13 | |
| | page 8  Text 65   Line 13-24 | Alleged victim not coerced! |
| | Line 24 | Omitted words! |
| | page 3  Text 60  Line 22-23 | Not coerced... |
| | page 4  Text 61  Line 1-7 | A BIG FAT LIE! Fabricated Script. We never knew about Court on Wed. until after Preliminary Hearing on Monday. |

| | |
|---|---|
| 10/21/13 — Evening — | |
| page 4  Text 74   Line 6 | This the 1st mention of Court on Wednesday after the preliminary hearing on Monday the 21st. Again any other mention of Court on Wed. Court appearances are lies. Complete fabrication. |
| 10/23/13 | |
| page 3  Text 109   Line 14-15 | No! Defendant never said that! |
| Line 24-25 | Missing lines! |
| page 4   Text 110  Line 18 | Omitted testimony! |
| Line 22-28 | Missing line! |
| page 5   Text 111  Line 9-11 | Omitted testimony! |
| 11/15/13 | |
| page 4   Text 5  Line 24-28 | *Never issued a Restraining Order! |
| page 5   Text 5  Line 1-9 | *Never Issued a Restraining Order! |
| Preliminary Hearing Transcript | |
| page 48   Line 5-7 | Restraining Order was never served, never read, never signed. The Court knew, both prosecutors know, the judges and the public defenders know. *That fact is not a mystery... |

page 49    Line 2-20    No Restraining Order has ever been issued to Defendant, not even to their present day. If one is currently in my file it does not belong there. There was not one in my file when I was ProPer and the should be one in there now.

* Plaintiff has a copy of the original Phone Transcript.

E. REQUEST FOR RELIEF

a. Injunctive Order commanding the defendant Jackie Lacey to lift her illegal restraint on the Plaintiff's 14th Amendment Due Process — Protected Liberty Interests in the termination of Care # LA 075502 and discharge from pretrial detention, created by penal code § 995 and 997.

b. Enjoinment of Proceedings

c. Punitive Damages in the Sum of $ 50,000 00/xx for violation of the 14th Amendment Right to discharge from custody.

d. Punitive Damages in the Sum of $ 50,000 00/xx for failure to acknowledge the loss of jurisdiction in violation of the 14th Amendment.

e. Monetary Damages in the Sum of $ 10,000 00/xx for each day from 4/1/14 to present. Monetary damages are for each day the defendant refused to investigate that the Plaintiff was being held as an illegal pretrial detainee...



441 Bauchet St.
Los Angeles, Ca. 90012
Jakson / 3734399

LEGAL MAIL

JAIL LIAISON - PANDURO

United States District Court
312 N. Spring St. Rm. G8
Los Angeles, Ca. 90013

RECEIVED
CLERK, U.S. DISTRICT COURT

JUN 30 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

FOREVER
USA

Bank Swallow



SUSTAINABLE
FORESTRY
INITIATIVE
Certified Fiber Sourcing
www.sfiprogram.org

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT ♻

© USPS 2012

DEPUTY BERNOTZAN

LEGAL MAIL

RECEIVED
JUN 2 4. 2014
MCJ